January 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## NO. 14-10-00555-CV

**SOON PHAT, L.P., INDIVIDUALLY AND D/B/A CHARLESTON COURT APARTMENTS, YIN SOON CHOI, MEI LIAN CHOI AND DERSING, INC., Appellants**

**V.**

**JUVENAL ALVARADO AND FELICIANO ALVARDO, Appellees**

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2007-13757

## NO. 14-10-00603-CV

**JUVENAL ALVARADO AND FELICIANO ALVARADO, Appellants**

**V.**

**ROBERT GROCE DILL, INDIVIDUALLY AND D/B/A ARROW TOWING, SAMUEL LEE THOMPSON, BROCK KEITH DION, MESHA BOYLES A/K/A MESHA KYOMI STEWART, SOON PHAT, L.P. INDIVIDUALLY AND D/B/A CHARLESTON COURT APARTMENTS, YIN SOON CHOI, MEI LIAN CHOI, AND DERSING, INC., Appellees**

**NO. 14-11-00033-CV**

**ROBERT GROCE DILL, INDIVIDUALLY AND D/B/A ARROW TOWING, SAMUEL LEE THOMPSON AND BROCK KEITH DION, Appellants**

**V.**

**JUVENAL ALVARADO AND FELICIANO ALVARDO, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-13757**

This cause, an appeal from the judgment signed November 9, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We therefore **REVERSE** the trial court judgment's awards of (1) actual damages, pre-judgment interest, and post-judgment interest for assault and false imprisonment against SOON PHAT, L.P., and (2) actual damages, pre-judgment interest, and post-judgment interest for false imprisonment against ROBERT GROCE DILL, INDIVIDUALLY AND D/B/A ARROW TOWING. We **RENDER** judgment that JUVENAL ALVARADO and FELICIANO ALVARADO take nothing in that regard.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED** in all other respects.

We order ROBERT GROCE DILL, INDIVIDUALLY AND D/B/A ARROW TOWING, SAMUEL LEE THOMPSON, BROCK KEITH DION, JUVENAL ALVARADO and FELICIANO ALVARADO, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.